UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEWFREY, LLC, et al.,

    Plaintiffs,

                                                               Case No. 07-13029
-vs-                                                Hon: AVERN COHN

BURNEX CORPORATION,

    Defendant.
_____/

## ORDER

This is a patent case. It is in its *Markman* phase. The Court is considering appointment of a special master to recommend and report on claim interpretation. The parties have requested a thirty (30) day delay in proceeding while they discuss settlement under the auspices of a magistrate judge. The Court agrees. Proceedings are therefore STAYED for 30 days without prejudice for settlement discussions.

    SO ORDERED.

Dated: September 24, 2008           s/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE