UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEWFREY LLC, a Delaware Corporation and
EMHART TEKNOLOGIES LLC, a
Delaware Corporation,

    Plaintiffs,

                                                    Case No. 07-13029

-vs-                                         Hon: AVERN COHN

BURNEX CORPORATION,

    Defendant.
_____/

## ORDER DISMISSING AS MOOT MOTION FOR PROTECTIVE ORDER

Defendant Burnex has filed a motion styled "Motion for Protective Order to Preclude Michael W. Smith from Accessing Burnex's Confidential Items." The parties have since resolved the matter.

For the reasons stated on the record on October 13, 2009 Burnex's motion is DISMISSED as moot.

SO ORDERED.


Dated: November 5, 2009          s/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 5, 2009, by electronic and/or ordinary mail.

                                                      s/Julie Owens
                                                      Case Manager, (313) 234-5160