UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEWFREY LLC, a Delaware Corporation and
EMHART TEKNOLOGIES LLC, a
Delaware Corporation,

    Plaintiffs,

                                              Case No. 07-13029
-vs-                                         Hon: AVERN COHN

BURNEX CORPORATION,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE
## SECOND AMENDED COUNTERCLAIM

    Defendant Burnex has filed a motion styled "Motion for Leave to File its Second Amended Counterclaims." For the reasons stated on the record on November 4, 2009 Burnex's motion is GRANTED.

    Plaintiffs shall have twenty days to answer or otherwise plead to the amended counterclaims.

    SO ORDERED.

Dated: November 5, 2009          s/ Avern Cohn
                                              AVERN COHN
                                              UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 5, 2009, by electronic and/or ordinary mail.

                                              s/ Julie Owens
                                              Case Manager, (313) 234-5160